[No. 19705-3-I.   Division One.   November 30, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY MARIO
GRIEGO, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86-1-02061-2, James J. Dore, J., entered
December 16, 1986. *Reversed in part, dismissed in part,*
and *remanded* by unpublished per curiam opinion.

[No. 18427-0-I.   Division One.   November 30, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ZACH K.
HAMPTON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-8-05005-5, Arthur E. Piehler, J., entered
April 10, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 19059-8-I.   Division One.   November 30, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
TAGGART CHRISTENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-1-03408-9, Jim Bates, J., entered August
19, 1986. *Affirmed* by unpublished opinion per Pekelis, J.,
concurred in by Coleman, J., and Schumacher, J. Pro Tem.

[No. 9602-1-II.   Division Two.   November 30, 1987.]

RONALD M. SHARPE, *Respondent,* v. HERMAN COOK,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 84-2-00583-0, David R. Draper, J., entered
January 31, 1986. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Reed, C.J., and Alexander, J.